UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PHILLIP J. McMILLAN,**

    **Petitioner,**

v.                                            Case No.  8:03-cv-2552-T-30MAP

**DON MERRITT, Warden, et al.,**

    **Respondents.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that this case should be dismissed because it is successive and time barred. See case number 8:03-cv-1298-T-30EAJ, in this Court, the Middle District of Florida.

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cv-2552.dismissal.wpd